AO91 (Rev. 12/03) Criminal Complaint     FELONY     AUSA     United States Courts

# UNITED STATES DISTRICT COURT
Southern District of Texas
FILED

*September 13, 2022*

Southern District Of Texas Brownsville Division     Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**
vs.

Carlos Cesar SAUCEDO-Torres
A205 116 426 Mexico

**CRIMINAL COMPLAINT**

Case Number: 1:22-MJ-872

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **September 11, 2022** in **Cameron** County, in the **Southern District Of Texas** defendant(s)

the defendant, an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)/(b)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents responding to a request for assistance from Marine Interdiction Agency near South Padre Island, Texas on September 11, 2022. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on December 20, 2021. The defendant was convicted Possession to Sell Narcotics on June 28, 2011. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had no funds at the time of his apprehension.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Garza, Carlos    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

September 13, 2022     at     Brownsville, Texas
Date                                                                      City/State

Ronald G. Morgan     U.S. Magistrate Judge
Name of Judge              Title of Judge                 Signature of Judge